# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: SMITH, KIM | § Case No. 09-10325 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>MICHAEL G. BERLAND</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/24/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>08/10/2010</u>    By: <u>/s/ Michael G. Berland</u>
                                                Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SMITH, KIM | § | Case No. 09-10325 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,003.71 |
| *and approved disbursements of* | $ 500.00 |
| *leaving a balance on hand of* [1] | $ 6,503.71 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                          *Proposed Payment*
                                      N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 730.33 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                  *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,675.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PYOD LLC as assignee of Citibank, c/oResurgent Capital | $ 1,675.15 | $ 1,675.15 |
| 11 | PYOD LLC as assignee of Citibank, c/oResurgent Capital | $ 15.83 | $ 15.83 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $4,082.40.


Prepared By: /s/MICHAEL G. BERLAND
                           Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vbrown                 Page 1 of 1                    Date Rcvd: Aug 11, 2010
Case: 09-10325                Form ID: pdf006              Total Noticed: 22

The following entities were noticed by first class mail on Aug 13, 2010.
 db          +Kim Smith,    340 Fox Borough Trial,    Bolingbrook, IL 60440-4833
 aty         +Timothy M Hughes,    Lavelle Legal Services Ltd,    501 West Colfax,    Palatine, IL 60067-2545
 tr          +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
13695967      Chase Home Finance,    3415 Vision Dr,    Columbus, OH 43219-6009
13695968      Chase Home Finance,    P.O. Box 78420,    Phoenix, AZ 85062-8420
13695971     +City of Chicago,    c/o Goldman & Grant,    205 W. Randolph Suite 1100,    Chicago, IL 60606-1813
13695970      City of Chicago,    8212 Innovation Way,    Chicago, IL 60682-0082
13695969     +City of Chicago,    Dept of Buildings,    120 N Racine Ave 2nd Floor,    Chicago, IL 60607-2010
13695972      Cresent Prim,    c/o C.C.S.,   P.O. Box 55126,    Boston, MA 02205-5126
13695973     +Edward Health Ventures,    3471 Eagle Way,    Chicago, IL 60678-0001
13695974      Edward Hospital,    c/o Revenue Production Mgmt,    P.O. Box 77000,    Detroit, MI 48277-0308
13695975      Edward Hospital & Health Ser,    P.O. Box 4207,    Carol Stream, IL 60197-4207
13695976      Fox Valley Radiation Oncology,    39376 Treasury Center,    Chicago, IL 60694-9300
13695978     +Naperville Radiologists,    c/o ATG Credit LLC,    P.O. Box 14895,    Chicago, IL 60614-0895
13695977      Naperville Radiologists,    6910 S. Madison St,    Willowbrook, IL 60527-5504
13695979     +Ocwen,    P.O. Box 6440,    Carol Stream, IL 60197-6440
14028694     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13695980      Peoples Gas,    Chicago, IL 60687-0001
13695981      Sears Credit Cards,    POB 183082,    Columbus, OH 43218-3082
13695982    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,     P.O. Box 790408,    Saint Louis, MO 63179-0408)
13695983     +US Bank Nat’l Assoc,    c/o Codilis & Assoc,    15W030 N Frontage Rd., #100,
               Willowbrook, IL 60527-6921
13695984      Washington Mutual,    P.O. Box 78065,    Phoenix, AZ 85062-8065

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13695985    ##+Washington Mutual,    11200 W. Parkland,    P.O. Box 3139,    Milwaukee, WI 53201-3139
                                                                                       TOTALS: 0, * 0, ## 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2010**               **Signature:**   _Joseph Speetjens_